ACCEPTED
08-20-00224-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/11/2021 12:07 PM
ELIZABETH G. FLORES
CLERK

## IN THE EIGHTH DISTRICT COURT OF APPEALS
## EL PASO COUNTY, TEXAS

### EX PARTE: MELISSA BUCKLEY

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/11/2021 12:07:03 PM
ELIZABETH G. FLORES
Clerk

**Trial Court No. 20190D03405**
**Appeal No. 08-20-00224-CR**

_____

### APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT:

Comes now Melissa Buckley, Appellant and Petitioner (below) in the petition for writ of habeas corpus filed at the trial level in cause number 20190D03405. Appellant moves to dismiss the instant appeal. The underlying case, cause number 20190D03405 is now dismissed; therefore, the instant appeal, 08-20-00224-CR, has been rendered moot. Please see a copy of the order dismissing, attached as exhibit1. The state does not oppose this motion.

PRAYER: WHEREFORE, PREMISES CONSIDERED, Appellant Melissa Buckley respectfully requests this Court to dismiss the instant appeal.

–1–

Respectfully submitted,

_____ 3-11-21
Mateo DeKoatz
Attorney for Appellant
Texas Bar No. 05722300
718 Myrtle Ave.
El Paso, Texas 79901
(915) 235-5330
mateodekoatz@yahoo.com

_____ 3/11/21
Melissa Buckley, Appellant-Defendant

## Certificate of Service

I certify that a copy of the above instrument on this the 11th day of March, 2021, was sent by email, through an electronic-filing-service provider, to the Hon. 243rd District Court Judge Selena Solis, and Hon. Tom Darnold, Assistant District Attorney, tdarnold@epcounty.com.

_____ 3-11-21
Mateo DeKoatz

–2–

☐ IN THE 243rd DISTRICT COURT ☐ IN THE COUNTY CRIMINAL COURT AT LAW NO._____
                                ☐ IN THE COUNTY COURT AT LAW NO._____

## OF EL PASO COUNTY, TEXAS

STATE OF TEXAS

VS.                                              NO. 20190D03405_____

MELISSA BUCKLEY_____

## MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW, comes the **State of Texas** by and through her Assistant District Attorney and moves the Court to dismiss the above entitled and numbered cause in which the above referenced Defendant is charged with the offense of _____ Aggravated Perjury _____ for the reason that:

1. ____ The evidence is insufficient;
2. ____ The said Defendant was convicted in another case: _____;
3. ____ The complaining witness has requested dismissal;
4. ____ The case has been refiled: _____;
5. ____ The case has been 12.45'd into _____;
6. ____ The evidence has been suppressed or is suppressible;
7. ____ The necessary witness(es) cannot be located: _____;
8. ____ The said Defendant is a juvenile;
9. ____ The said Defendant died on _____;
10. _X_ Other _____ Prosecutorial Discretion _____
    _____

and for the cause would show the court the following:

                                        Respectfully submitted,

                                        _John Briggs_____
                                        Assistant District Attorney
                                        For YVONNE ROSALES
                                        Bar ID #24029805

## ORDER

The above-entitled and numbered cause is hereby dismissed on the foregoing motion for reasons herein above stated.

ENTERED this the 10th day of March_____, 2021.

                                        _Delene Nearis_____
                                        **JUDGE**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew DeKoatz
Bar No. 05722300
mateodekoatz@yahoo.com
Envelope ID: 51384509
Status as of 3/11/2021 1:40 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| TOM DARNOLD | | tdarnold@epcounty.com | 3/11/2021 12:07:03 PM | SENT |

Associated Case Party: MELISSA BUCKLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| MATEO DEKOATZ | | mateodekoatz@yahoo.com | 3/11/2021 12:07:03 PM | SENT |